# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| The Lincoln Life & Annuity Company of New York,<br><br>   Plaintiff,<br><br>     v.<br><br>H. Thomas Moran, II, Court-Appointed Receiver of Lydia Capital LLC,<br><br><br>   Defendant/Third-Party Plaintiff,<br><br>     v.<br><br>Helen Gisonni; Eve-Lynn Gisonni, Zalman Silber, SBH Programs, LLC; SBH Financial; Fredrick Schulman; Silber Family Foundation; Stamford Institutional Fund 2005A, LLC; Stamford Portfolio Management, LLC; The Stamford Group, Inc.; Argyle, Inc.; Dudzic Law Firm, LLC; International Partners for Life Corporation,<br><br>   Third-Party Defendants. | 08-CV-699 (TCP) (WDW)<br><br>**ELECTRONICALLY FILED**<br><br><br>**<u>STIPULATION OF DISMISSAL</u>**<br>**<u>WITH PREJUDICE</u>** |

**IT IS HEREBY STIPULATED AND AGREED** by the parties, AND ORDERED by the Court, that all claims asserted by H. Thomas Moran II, Court-Appointed Receiver of Lydia Capital, LLC, in this action against Argyle Equity, Inc. and Dudzic Law Firm, LLC are hereby dismissed with prejudice, with each party to pay its own costs and attorneys' fees.

  This Stipulation is not intended, nor shall it be construed, as a stipulation for the dismissal of the Receiver's pending claims against Third-Party Defendants Helen Gisonni; Eve-Lynn Gisonni; Zalman Silber; SBH Programs, LLC; Frederick Schulman; Stamford Institutional Fund 2005A, LLC; Stamford Portfolio Management, LLC; The Stamford Group, Inc.; International Partners for Life Corporation.

Dated:  October 8, 2010

PHILLIPS MURRAH P.C.

By: _____

Shannon K. Emmons
Corporate Tower, 13th Floor
101 North Robinson Avenue
Oklahoma City, OK 73102
(tel) (405) 235-4100
(fax) (405) 235-4133
skemmons@phillipsmurrah.com

*Attorneys for H. Thomas Moran II, Court-Appointed Receiver of Lydia Capital, LLC*

MAYER BROWN LLP

By: _____

Vanessa M. Biondo
1675 Broadway
New York, NY 10019
(tel) (212) 506-2500
(fax) (212) 849-5859
vbiondo@mayerbrown.com

*Attorneys for Argyle Equity, Inc. and Dudzic Law Firm, LLC*

SO ORDERED

_____
UNITED STATES DISTRICT JUDGE