**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---------------------------------------------------------------

|  |  |  |
|---|---|---|
| THE LINCOLN LIFE & ANNUITY COMPANY OF NEW YORK, | : | 08-CV-699 (TCP) (WDW) |
|  | : |  |
| Plaintiff, | : |  |
|  | : |  |
| v. | : | **JOINT STIMPULATION OF DISMISSAL** |
|  | : | **WITH PREJUDICE** |
| H. THOMAS MORAN, II, Court-Appointed Receiver of LYDIA CAPITAL, LLC, | : | DOCUMENT ELECTRONICALLY FILED |
|  | : |  |
| Defendant/Third-Party Plaintiff, | : |  |
|  | : |  |
| v. | : |  |
|  | : |  |
| HELEN GISONNI; EVE-LYNN GISONNI; ZALMAN SILBER, SBH PROGRAMS, LLC; SBH FINANCIAL; FREDERICK SCHULMAN; SILBER FAMILY FOUNDATION; STAMFORD INSTITUTIONAL FUND 2005A, LLC; STAMFORD PORTFOLIO MANAGEMENT, LLC; THE STAMFORD GROUP, INC.; ARGYLE EQUITY, INC.; DUDZIC LAW FIRM, LLC; INTERNATIONAL PARTNERS FOR LIFE CORPORATION; | : | |
|  | : |  |
| Third-Party Defendants. | : |  |

---------------------------------------------------------------

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Lincoln Life

and Annuity Company of New York ("Lincoln") and Defendant H. Thomas Moran, II,

Court-Appointed Receiver of Lydia Capital, LLC (the "Receiver"), hereby stipulate to the

dismissal, with prejudice to refiling, of Lincoln's claims in this action against the Receiver. Each party shall bear its own costs and fees with respect to this action.

Furthermore, Lincoln and Third-Party Defendant Zalman Silber ("Silber") hereby stipulate to the dismissal, without prejudice, of Lincoln's claims against Silber.  Each party shall bear its own costs and fees with respect to this action.

This Stipulation is not intended, nor shall it be construed, as a stipulation for the dismissal of the Receiver's pending claims against Third-Party Defendants Helen Gisonni; Eve-Lynn Gisonni; Zalman Silber; SBH Programs, LLC; SBH Financial, Frederick Schulman; Silber Family Foundation; Stamford Institutional Fund 2005A, LLC; Stamford Portfolio Management, LLC; The Stamford Group, Inc.; International Partners for Life Corporation.


Dated: October 14, 2010

By: */s/* Jason P. Gosselin       By:  *s/Melvin R. McVay*    

| | |
|---|---|
| Jason P. Gosselin, Esq. | Melvin R. McVay, OK Bar No. 06096 |
| Drinker Biddle & Reath LLP | Shannon K. Emmons, OK Bar No. 14272 |
| One Logan Square | Corporate Tower/Thirteenth Floor |
| 18th & Cherry Streets | 101 North Robinson |
| Philadelphia, PA 19103 | Oklahoma City, Oklahoma 73102 |
| Jason.gosselin@dbr.com | (405) 235-4100 |
| | Mrmcvay@phillipsmurrah.com |
| | Skemmons@phillipsmurrah.com |

*Attorney for Plaintiff*
*The Lincoln National Life Insurance*
*Company*

*Attorneys for Defendant H. Thomas*
*Moran, II, Court-appointed Receiver of*
*Lydia Capital, LLC*

By:  */s/* Ira S. Lipsius
Ira S. Lipsius
Schindel,Farman & Lipsius, LLP
14 Pennsylvania Plaza
Suite 500
New York, NY 10122
(212) 563-1710
Email: iral@sfl-legal.com

***Attorney for Zalman Silber***

00510369.DOC

I hereby certify that on this 14th day of October, 2010, I electronically filed the foregoing with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

Alix R. Rubin                    arubin@entwistle-law.com
Richard W. Gonnello              rgonnello@entwistle-law.com
William S. Gyves                 wgyves@entwistle-law.com
***Attorney for H. Thomas Moran, II,***
***Court-Appointed Receiver of Lydia Capital, LLC***

Thuy Trang Bui                   thuy.bui@dbr.com
***Attorney for Plaintiff,***
***The Lincoln National Life Insurance Company***

Justin C. Frankel               jcf@frankelnewfield.com
***Attorney for Helen Gisonni***
***Attorney for Eve-Lynn Gisonni***

Ira S. Lipsius                   iral@sfl-legal.com
***Attorney for Zalman Silber***
***Attorney for Frederick Schulman***

Nolan Edward Shanahan            nshanahan@coleschotz.com
Karl E. Robinson                 krobinson@winthrop.com
***Attorneys for SBH Programs, LLC***
***Attorneys for SBH Financial***

Joseph N. Campolo               jcampolo@cmnallp.com
***Attorney for Stamford Institutional Fund 2005A, LLC***
***Attorney for Stamford Portfolio Management, LLC***
***Attorney for The Stamford Group, Inc.***

Thomas M. Smith                  tsmith@kknylaw.com
***Attorney for International Partners For Life Corporation***

*s/ Shannon K. Emmons*

I also hereby certify that on this 14th day of October, 2010, I served the foregoing via electronic transmission to the following:

Jason P. Gosselin, Esq.
Drinker Biddle & Reath LLP
One Logan Square
18th & Cherry Streets
Philadelphia, PA 19103
Jason.gosselin@dbr.com

*Attorney for Plaintiff*
*The Lincoln National Life Insurance Company*

*s/ Shannon K. Emmons*