

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| The Lincoln Life & Annuity Company of New York,<br><br>   Plaintiff,<br><br>   v.<br><br>H. Thomas Moran, II, Court-Appointed Receiver of Lydia Capital LLC,<br><br>   Defendant/Third-Party Plaintiff,<br><br>   v.<br><br>Helen Gisonni; Eve-Lynn Gisonni, Zalman Silber, SBH Programs, LLC; SBH Financial; Fredrick Schulman; Silber Family Foundation; Stamford Institutional Fund 2005A, LLC; Stamford Portfolio Management, LLC; The Stamford Group, Inc.; Argyle, Inc.; Dudzic Law Firm, LLC; International Partners for Life Corporation,<br><br>   Third-Party Defendants. | 08-CV-699 (TCP) (WDW)<br><br>**ELECTRONICALLY FILED**<br><br>**<u>STIPULATION OF DISMISSAL WITHOUT PREJUDICE</u>** |

**IT IS HEREBY STIPULATED AND AGREED** by the parties, AND ORDERED by the Court, that all claims asserted by Stamford Institutional Fund 2005A, LLC, Stamford Portfolio Management, LLC and The Stamford Group, Inc. in this action against Argyle Equity, Inc. and Dudzic Law Firm, LLC are hereby dismissed without prejudice, with each party to pay its own costs and attorneys' fees.

Dated: October 15, 2010

                                       CAMPOLO, MIDDLETON
                                       & McCORMICK, LLP

By:   /s/ Eryn Y. Deblois
       Eryn Y. Deblois
       3340 Veterans Memorial Highway
       Suite 400
       Bohemia, New York 11716
       (tel) (631) 738-9100
       (fax) (631) 738-0659
       edeblois@cmmllp.com

*Attorneys for Third-Party Defendants Stamford Institutional Fund 2005A LLC, Stamford Portfolio Management, LLC, and the Stamford Group, Inc.*

MAYER BROWN LLP

By:   /s/ A. John P. Mancini
       A. John P. Mancini
       1675 Broadway
       New York, NY 10019
       (tel) (212) 506-2500
       (fax) (212) 849-5859
       jmancini@mayerbrown.com

*Attorneys for Argyle Equity, Inc. and Dudzic Law Firm, LLC*

SO ORDERED

_____
UNITED STATES DISTRICT JUDGE

October 18, 2010