BEFORE: WILLIAM D. WALL                              DATE: 10/20/10

UNITED STATES MAGISTRATE JUDGE                       TIME: 11:00 AM

DOCKET NO.  CV 08-0699                               ASSIGNED JUDGE: PLATT

CASE NAME: THE LINCOLN LIFE & ANNUITY CO. OF NEW YORK V. MORAN II, ET AL.

CIVIL CONFERENCE

Initial _____   Status __X__   Settlement _____   Pretrial _____   Other:_____

APPEARANCES:    Plaintiff      Thuy Bui

                Defendant      Richard Gonnello (Moran)
                               Jason Newfield (Gisonni et al)
                               Cheryl Lipsius (Silber et al)
                               Nolan Shanahan (SBH Programs LLC et al)
                               Eryn Deblois (Stamford Fund et al)
                               Vanessa Biono (Dudzic Law Firm et al, by phone)
                               Not present (International Partners Life)

**SCHEDULING:** The next __ conference will be held on __ at __.

**THE FOLLOWING RULINGS WERE MADE:**

X    Scheduling Order entered.

☐    The court has adopted and So Ordered the joint proposed scheduling order submitted by the parties.

☐    Referred to mediation by separate order.

☐    The Joint Pretrial Order is accepted for filing and the action is deemed ready for trial. The action will be tried in accordance with the discretion and the trial calendar of the District Judge.

☐    Other:

                                              SO ORDERED

                                              /s/William D. Wall
                                              WILLIAM D. WALL
                                              United States Magistrate Judge