# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| The Lincoln Life & Annuity Company of New York, | |
| Plaintiff, | |
| v. | |
| H. Thomas Moran, II, Court-Appointed Receiver of Lydia Capital LLC, | 08-CV-699 (TCP) (WDW) |
| Defendant/Third-Party Plaintiff, | **ELECTRONICALLY FILED** |
| v. | |
| Helen Gisonni; Eve-Lynn Gisonni, Zalman Silber, SBH Programs, LLC; SBH Financial; Fredrick Schulman; Silber Family Foundation; Stamford Institutional Fund 2005A, LLC; Stamford Portfolio Management, LLC; The Stamford Group, Inc.; Argyle, Inc.; Dudzic Law Firm, LLC; International Partners for Life Corporation, | **STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |
| Third-Party Defendants. | |

**IT IS HEREBY STIPULATED AND AGREED** by the parties, AND ORDERED by the Court, that all claims asserted by Argyle Equity, Inc. and Dudzic Law Firm, LLC in this action against Helen Gisonni and Eve-Lynn Gisonni are hereby dismissed without prejudice, with each party to pay its own costs and attorneys' fees. The statue of limitations applicable to such claims is tolled until the conclusion of this action by final judgment after exhaustion of appeals, and the parties agree not to raise statue of limitations defense to any renewed action. Notwithstanding the Scheduling Order in this case, the Court will allow for the renewal of third party claims.

Dated: November 4, 2010

                    MAYER BROWN LLP

                    By:    /s/ A. John P. Mancini_____
                           A. John P. Mancini
                           1675 Broadway
                           New York, NY 10019
                           (tel) (212) 506-2500
                           (fax) (212) 849-5859
                           Jmancini@mayerbrown.com

*Attorneys for Argyle Equity, Inc. and Dudzic Law Firm, LLC*


                    FRANKEL & NEWFIELD, P.C.

                  By:    /s/ Jason A. Newfield_____
                           Jason A. Newfield
                           585 Stewart Avenue
                           Suite 312
                           Garden City, New York 11530
                           (tel) (516) 222-1600
                           (fax) (516) 222-0513
                           jan@frankelnewfield.com

*Attorneys for Helen Gisonni and Eve-Lynn Gisonni*



SO ORDERED

_____
UNITED STATES DISTRICT JUDGE