UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

| | : | |
|---|---|---|
| THE LINCOLN LIFE & ANNUITY COMPANY OF NEW YORK, | : | 08-CV-699 (TCP) (WDW) |
| Plaintiff, | : | |
| v. | : | **JOINT STIMPULATION OF DISMISSAL WITH PREJUDICE** |
| H. THOMAS MORAN, II, Court-Appointed Receiver of LYDIA CAPITAL, LLC, | : | DOCUMENT ELECTRONICALLY FILED |
| Defendant/Third-Party Plaintiff, | : | |
| v. | : | |
| HELEN GISONNI; EVE-LYNN GISONNI; ZALMAN SILBER, SBH PROGRAMS, LLC; SBH FINANCIAL; FREDERICK SCHULMAN; SILBER FAMILY FOUNDATION; STAMFORD INSTITUTIONAL FUND 2005A, LLC; STAMFORD PORTFOLIO MANAGEMENT, LLC; THE STAMFORD GROUP, INC.; ARGYLE EQUITY, INC.; DUDZIC LAW FIRM, LLC; INTERNATIONAL PARTNERS FOR LIFE CORPORATION; | : | |
| Third-Party Defendants. | : | |

---

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Third-Party Plaintiff and Counterclaim Defendant H. Thomas Moran, II, Court-Appointed Receiver of Lydia Capital, LLC (the "Receiver") and Third-Party Defendants and Counterclaimants Stamford Institutional Fund 2005A, LLC, Stamford Portfolio Management, LLC, The

Stamford Group, Inc. (the "Stamford") hereby stipulate to the dismissal, with prejudice to refiling, of the Receiver's third-party claims in this action against the Stamford and to the dismissal, with prejudice to refilling, of the Stamford' counterclaims against the Receiver. Each party shall bear their own costs and fees with respect to this action.

    This Stipulation is not intended, nor shall it be construed, as a stipulation for the dismissal of any other pending claims brought by either the Receiver or Stamford in the instant action.

Dated: July 25, 2011

> By:   <u>*s/Melvin R. McVay*</u>
> Melvin R. McVay, OK Bar No. 06096
> Shannon K. Emmons, OK Bar No. 14272
> Corporate Tower/Thirteenth Floor
> 101 North Robinson
> Oklahoma City, Oklahoma 73102
> (405) 235-4100
> Mrmcvay@phillipsmurrah.com
> Skemmons@phillipsmurrah.com
>
> ***Attorneys for Defendant H. Thomas Moran, II, Court-appointed Receiver of Lydia Capital, LLC***

By: *s/* Joseph N. Campolo
Joseph N. Campolo
Campolo, Middleton & Associates, L.L.P.
3340 Veterans Highway, Suite 400
Bohemia, NY 11716
Facsimile:  (631) 738-0659

***Attorneys for Stamford Institutional Fund 2005A, LLC,***
***Stamford Portfolio Management, LLC,***
***The Stamford Group, Inc.***

00565161.DOC

3

I hereby certify that on this 25th day of July, 2011, I electronically filed the foregoing with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

William S. Gyves     wgyves@entwistle-law.com
***Attorney for H. Thomas Moran, II,***
***Court-Appointed Receiver of Lydia Capital, LLC***

Thuy Trang Bui     thuy.bui@dbr.com
***Attorney for Plaintiff,***
***The Lincoln National Life Insurance Company***

Justin C. Frankel     jcf@frankelnewfield.com
***Attorney for Helen Gisonni***
***Attorney for Eve-Lynn Gisonni***

Ira S. Lipsius     iral@sfl-legal.com
***Attorney for Zalman Silber***
***Attorney for Frederick Schulman***

Nolan Edward Shanahan     nshanahan@coleschotz.com
Karl E. Robinson     krobinson@winthrop.com
***Attorneys for SBH Programs, LLC***
***Attorneys for SBH Financial***

Joseph N. Campolo     jcampolo@cmnallp.com
***Attorney for Stamford Institutional Fund 2005A, LLC***
***Attorney for Stamford Portfolio Management, LLC***
***Attorney for The Stamford Group, Inc.***

Thomas M. Smith     tsmith@kknylaw.com
***Attorney for International Partners For Life Corporation***

                                             *s/ Shannon K. Emmons*

   I also hereby certify that on this 25th day of July, 2011, I served the foregoing via electronic transmission to the following:

Jason P. Gosselin, Esq.
Drinker Biddle & Reath LLP
One Logan Square
18th & Cherry Streets
Philadelphia, PA 19103
Jason.gosselin@dbr.com

***Attorney for Plaintiff***
***The Lincoln National Life Insurance Company***

                *s/ Shannon K. Emmons*